AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 07-MC-6029

**ULADZIMIR MIKHNEVICH,**  Plaintiff

v.

**ALBERTO R. GONZALES, U. S. Attorney General and U. S. Department of Justice; Michael Chertoff, Secretary, Department of Homeland Security; Dr. Emilio T. Ganzalez, Director of the U.S. Citizenship and Immigration Services (USCIS); Paul E. Novak, Jr., Center Director, USCIS, Vermont Service Center; Susan Raufer, Asylum Office Director, USCIS, Newark Asylum Office,**  Defendants

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice.

Date: September 13, 2007

RODNEY C. EARLY, CLERK

s/Rosemarie M. Eby
By: ROSEMARIE M. EBY
Deputy Clerk